## United States Bankruptcy Court
### District of Arizona

In re **Alexandre Shawn Corray**
**Anthony Dean Corray**
Debtor(s)

Case No. **2:23-bk-06828**
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Alexandre Shawn Corray**, declares the foregoing to be true and correct under penalty of perjury.

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Anthony Dean Corray**, declares the foregoing to be true and correct under penalty of perjury.

Date **September 28, 2023**   Signature **/s/ Alexandre Shawn Corray**
**Alexandre Shawn Corray**
Debtor

Date **September 28, 2023**   Signature **/s/ Anthony Dean Corray**
**Anthony Dean Corray**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



| Smith's Food and Drug Centers, Inc. (FEIN: 87-0258768) 1014 Vine Street Cincinnati OH 45202 | | | | **Period** | 08/20/23 - 08/26/23 |
|---|---|---|---|---|---|
| | | | | **Payment Date** | 08/31/23 |
| | | | | **Payroll** | Retail Weekly Sun-Sat |
| | | | | **Pay Frequency** | Weekly |
| **Person Number:** 2527077 Anthony Dean Corray 233 N Val Vista Dr Mesa AZ 85213 | | **Division**: 0660 **HR Location**: 00123 | | **Hourly Rate** | 15.3500 USD |

### W4 Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 0 | 0.00 USD |
| AZ | | | 0.00 USD |

### Summary

| | Gross Earnings | Non Payroll | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 717.62 | 0.00 | 35.88 | 83.43 | 72.12 | 526.19 |
| **Year To Date** | 10004.46 | 0.00 | 374.26 | 1056.59 | 440.06 | 8133.55 |

### Earnings

| Name | Start Date | End Date | Hours | x Rate | x Factor | = Current | Hrs YTD | Earnings YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hours | | | 35.00 | 15.3500 | 1.00 | 537.25 | | 7,429.42 |
| Sunday Pay | | | 5.00 | 15.3500 | 1.00 | 76.75 | 110.75 | 1,700.03 |
| Overtime Premium Straight | | | 4.50 | 15.3500 | 1.00 | 69.08 | 28.00 | 429.84 |
| Overtime Premium Blended | | | 4.50 | 15.3501 | 0.50 | 34.54 | 28.00 | 214.92 |
| Reg Hours Retro | | | | | | | | 153.50 |
| Holiday Pay | | | | | | | 5.00 | 76.75 |
| **Total** | | | | | | **717.62** | | **10,004.46** |

### Pretax Deductions

| Name | Current | YTD |
|---|---|---|
| RSP 401K | 35.88 | 374.26 |
| **Total** | **35.88** | **374.26** |

### Tax Deductions

| Name | Current | YTD |
|---|---|---|
| FIT Withheld | 14.90 | 98.65 |
| Social Security Employee Withheld | 44.50 | 620.28 |
| Medicare Employee Withheld | 10.40 | 145.06 |
| SIT Withheld (AZ) | 13.63 | 192.60 |
| **Total** | **83.43** | **1,056.59** |

### After Tax(AT) Deductions

| Name | Current | YTD |
|---|---|---|
| RSP Loan | 60.46 | 241.84 |
| Union Dues | 10.66 | 181.22 |
| Active Ballot | 1.00 | 17.00 |
| **Total** | **72.12** | **440.06** |

**Total Hours Worked:** 44.50

### Net Pay Distribution

| Payment Method | Bank Name | Branch | Account Type | Payment Reference | Payment Amount |
|---|---|---|---|---|---|
| Account Ending in XXXX513138 | | 083009060 | CHECKING | 19025613409 | 526.19 USD |

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE.



| Smith's Food and Drug Centers, Inc. (FEIN: 87-0258768)<br>1014 Vine Street<br>Cincinnati OH 45202 | | **Period** | 08/27/23 - 09/02/23 |
|---|---|---|---|
| | | **Payment Date** | 09/07/23 |
| | | **Payroll** | Retail Weekly Sun-Sat |
| | | **Pay Frequency** | Weekly |
| **Person Number:** 2527077<br>Anthony Dean Corray<br>233 N Val Vista Dr<br>Mesa AZ 85213 | **Division**: 0660<br>**HR Location**: 00123 | **Hourly Rate** | 15.3500 USD |

### W4 Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 0 | 0.00 USD |
| AZ | | | 0.00 USD |

### Summary

| | Gross Earnings | Non Payroll | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 769.42 | 0.00 | 38.47 | 93.31 | 72.12 | 565.52 |
| **Year To Date** | 10773.88 | 0.00 | 412.73 | 1149.90 | 512.18 | 8699.07 |

### Earnings / Pretax Deductions

| Name | Start Date | End Date | Hours | x Rate | x Factor | = Current | Hrs YTD | Earnings YTD | Name | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg Hours | | | 34.00 | 15.3500 | 1.00 | 521.90 | | 7,951.32 | RSP 401K | | 38.47 | 412.73 |
| Sunday Pay | | | 6.00 | 15.3500 | 1.00 | 92.10 | 116.75 | 1,792.13 | **Total** | | **38.47** | **412.73** |
| Overtime Premium Straight | | | 6.75 | 15.3500 | 1.00 | 103.61 | 34.75 | 533.45 | **Tax Deductions** | | | |
| Overtime Premium Blended | | | 6.75 | 15.3500 | 0.50 | 51.81 | 34.75 | 266.73 | Name | | Current | YTD |
| Reg Hours Retro | | | | | | | | 153.50 | FIT Withheld | | 19.83 | 118.48 |
| Holiday Pay | | | | | | | 5.00 | 76.75 | Social Security Employee Withheld | | 47.70 | 667.98 |
| **Total** | | | | | | **769.42** | | **10,773.88** | Medicare Employee Withheld | | 11.16 | 156.22 |
| | | | | | | | | | SIT Withheld (AZ) | | 14.62 | 207.22 |
| | | | | | | | | | **Total** | | **93.31** | **1,149.90** |
| | | | | | | | | | **After Tax(AT) Deductions** | | | |
| | | | | | | | | | Name | | Current | YTD |
| | | | | | | | | | RSP Loan | | 60.46 | 302.30 |
| | | | | | | | | | Union Dues | | 10.66 | 191.88 |
| | | | | | | | | | Active Ballot | | 1.00 | 18.00 |
| | | | | | | | | | **Total** | | **72.12** | **512.18** |

**Total Hours Worked:** 46.75

### Net Pay Distribution

| Payment Method | Bank Name | Branch | Account Type | Payment Reference | Payment Amount |
|---|---|---|---|---|---|
| Account Ending in XXXX513138 | | 083009060 | CHECKING | 19193903560 | 565.52 USD |

Case 2:23-bk-06828-MCW    Doc 11    Filed 10/10/23    Entered 10/10/23 15:35:12    Desc
Main Document    Page 3 of 5

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE.



| Smith's Food and Drug Centers, Inc. (FEIN: 87-0258768) 1014 Vine Street Cincinnati OH 45202 | | | | **Period** | 09/03/23 - 09/09/23 |
|---|---|---|---|---|---|
| | | | | **Payment Date** | 09/14/23 |
| | | | | **Payroll** | Retail Weekly Sun-Sat |
| | | | | **Pay Frequency** | Weekly |
| **Person Number:** 2527077 Anthony Dean Corray 233 N Val Vista Dr Mesa AZ 85213 | | **Division**: 0660 **HR Location**: 00123 | | **Hourly Rate** | 15.3500 USD |

| W4 Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 0 | 0.00 USD |
| AZ | | | 0.00 USD |

| Summary | | | | | | |
|---|---|---|---|---|---|---|
| | **Gross Earnings** | **Non Payroll** | **Pretax Deductions** | **Tax Deductions** | **After Tax Deduction** | **Net Pay** |
| **Current** | 649.70 | 0.00 | 32.49 | 70.49 | 72.12 | 474.60 |
| **Year To Date** | 11423.58 | 0.00 | 445.22 | 1220.39 | 584.30 | 9173.67 |

| Earnings | | | | | | | | | Pretax Deductions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Name** | Start Date | End Date | Hours x | Rate x | Factor = | Current | Hrs YTD | Earnings YTD | **Name** | **Current** | **YTD** |
| Reg Hours | | | 24.00 | 15.3500 | 1.00 | 368.40 | | 8,319.72 | RSP 401K | 32.49 | 445.22 |
| Sunday Pay | | | 5.00 | 15.3500 | 1.00 | 76.75 | 121.75 | 1,868.88 | **Total** | **32.49** | **445.22** |
| Overtime Premium | | | | | | | | 533.45 | Tax Deductions | | |
| Overtime Premium | | | | | | | | 266.73 | **Name** | **Current** | **YTD** |
| Legal Holiday | | | 8.00 | 15.3500 | 1.00 | 122.80 | 8.00 | 122.80 | FIT Withheld | 8.45 | 126.93 |
| Holiday Premium | | | 5.00 | 1.0000 | 1.00 | 5.00 | 5.00 | 5.00 | Social Security Employee Withheld | 40.28 | 708.26 |
| Holiday Pay | | | 5.00 | 15.3500 | 1.00 | 76.75 | 10.00 | 153.50 | Medicare Employee Withheld | 9.42 | 165.64 |
| Reg Hours Retro | | | | | | | | 153.50 | SIT Withheld (AZ) | 12.34 | 219.56 |
| **Total** | | | | | | **649.70** | | **11,423.58** | **Total** | **70.49** | **1,220.39** |
| | | | | | | | | | After Tax(AT) Deductions | | |
| | | | | | | | | | **Name** | **Current** | **YTD** |
| | | | | | | | | | RSP Loan | 60.46 | 362.76 |
| | | | | | | | | | Union Dues | 10.66 | 202.54 |
| | | | | | | | | | Active Ballot | 1.00 | 19.00 |
| | | | | | | | | | **Total** | **72.12** | **584.30** |

**Total Hours Worked:** 42.00

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Bank Name** | **Branch** | **Account Type** | **Payment Reference** | **Payment Amount** |
| Account Ending in XXXX513138 | | 083009060 | CHECKING | 19461281629 | 474.60 USD |

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE.



| Smith's Food and Drug Centers, Inc. (FEIN: 87-0258768) 1014 Vine Street Cincinnati OH 45202 | | | **Period** | 09/10/23 - 09/16/23 |
|---|---|---|---|---|
| | | | **Payment Date** | 09/21/23 |
| | | | **Payroll** | Retail Weekly Sun-Sat |
| | | | **Pay Frequency** | Weekly |
| **Person Number:** 2527077 Anthony Dean Corray 233 N Val Vista Dr Mesa AZ 85213 | **Division**: 0660 **HR Location**: 00123 | | **Hourly Rate** | 15.3500 USD |

### W4 Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL_2020 | Married filing jointly or Qualifying widow(er) | 0 | 0.00 USD |
| AZ | | | 0.00 USD |

### Summary

| | Gross Earnings | Non Payroll | Pretax Deductions | Tax Deductions | After Tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 675.41 | 0.00 | 33.77 | 75.40 | 72.12 | 494.12 |
| **Year To Date** | 12098.99 | 0.00 | 478.99 | 1295.79 | 656.42 | 9667.79 |

### Earnings

| Name | Start Date | End Date | Hours | x Rate | x Factor | = Current | Hrs YTD | Earnings YTD |
|---|---|---|---|---|---|---|---|---|
| Reg Hours | | | 31.25 | 15.3500 | 1.00 | 479.69 | | 8,799.41 |
| Sunday Pay | | | 6.00 | 15.3500 | 1.00 | 92.10 | 127.75 | 1,960.98 |
| Overtime Premium Straight | | | 4.50 | 15.3500 | 1.00 | 69.08 | 39.25 | 602.53 |
| Overtime Premium Blended | | | 4.50 | 15.3502 | 0.50 | 34.54 | 39.25 | 301.27 |
| Holiday Pay | | | | | | | 10.00 | 153.50 |
| Reg Hours Retro | | | | | | | | 153.50 |
| Legal Holiday | | | | | | | 8.00 | 122.80 |
| Holiday Premium | | | | | | | 5.00 | 5.00 |
| **Total** | | | | | | **675.41** | | **12,098.99** |

### Pretax Deductions

| Name | Current | YTD |
|---|---|---|
| RSP 401K | 33.77 | 478.99 |
| **Total** | **33.77** | **478.99** |

### Tax Deductions

| Name | Current | YTD |
|---|---|---|
| FIT Withheld | 10.89 | 137.82 |
| Social Security Employee Withheld | 41.88 | 750.14 |
| Medicare Employee Withheld | 9.80 | 175.44 |
| SIT Withheld (AZ) | 12.83 | 232.39 |
| **Total** | **75.40** | **1,295.79** |

### After Tax(AT) Deductions

| Name | Current | YTD |
|---|---|---|
| RSP Loan | 60.46 | 423.22 |
| Union Dues | 10.66 | 213.20 |
| Active Ballot | 1.00 | 20.00 |
| **Total** | **72.12** | **656.42** |

**Total Hours Worked:** 41.75

### Net Pay Distribution

| Payment Method | Bank Name | Branch | Account Type | Payment Reference | Payment Amount |
|---|---|---|---|---|---|
| Account Ending in XXXX513138 | | 083009060 | CHECKING | 19705490678 | 494.12 USD |

A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE.